# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RONALD J. WALKER,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA WINDY BOY, ROCKY BOY HEALTH CLINIC, and CHIPPEWA CREE TRIBE,<br><br>Defendants. | Case No. 4:19-CV-00043-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION UNDER SEAL** |

Defendants, having respectfully filed an Unopposed Motion to File Documents Containing Personal Identifying Information Under Seal, with Plaintiff having no objection, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion is GRANTED. The documents identified in the Motion shall be filed under seal and Defendants shall file redacted versions of the documents with the Court as soon as is practicable.

DATED this 7th day of October, 2019.

_____
Brian Morris
United States District Court Judge