# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RONALD J. WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA WINDY BOY, ROCKY BOY HEALTH CLINIC, and CHIPPEWA CREE TRIBE,<br><br>    Defendants. | CV-19-43-GF-JTJ<br><br>**ORDER** |

The Findings and Recommendations issued by the Court on October 29, 2019 (Doc. 28) are WITHDRAWN.

DATED this 4th day of November, 2019.

              _____
              John Johnston
              United States Magistrate Judge