UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONALD J. WALKER,<br><br>              Plaintiff,<br><br>vs.<br><br>JESSICA WINDY BOY, ROCKY BOY HEALTH CLINIC, and CHIPPEWA CREE TRIBE,<br><br>              Defendant. | Case No. CV-19-43-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion to Dismiss (Doc. 9) is granted. This case is DISMISSED without prejudice subject to refiling after Walker exhausts his remedies with the Chippewa Cree Tribal Court. Walker's Motion and Counter-Claim Response to Defendants' Motion to Dismiss (Do. 24) is DENIED.

Dated this 4th day of November, 2019.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Traci Orthman
                            Traci Orthman, Deputy Clerk